The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BETTE BENNETT,<br><br>                  Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>                  Defendant. | CASE NO. C20-5382-BHS<br><br>UNITED STATES' UNOPPOSED MOTION TO RESUBMIT RECORDS TO WASHINGTON SUPREME COURT<br><br>Noted for consideration:<br>December 12, 2022 |

The United States, through undersigned counsel, moves this Court to direct the clerk of the Western District of Washington to submit to the Washington State Supreme Court a new, sequentially paginated, certified copy of the relevant docket entries in this matter containing docket entries 3, 6, 7, 8, 9, 11, 20, 21, and 29.  This request is unopposed.

On September 19, 2022, the Court directed the clerk to submit to the Washington Supreme Court Docket entries 1, 6, 8, 9, 20, and 29 as the record material to that Court's consideration of the questions certified for answer.  Dkt. 32.  It appears, however, that the public version of the Washington Supreme Court's papers in this case do not include docket entry 1, perhaps because it is the sealed version of the complaint filed in redacted form at docket entry 3.

UNITED STATES' UNOPPOSED MOTION TO RESUBMIT RECORDS
TO WASHINGTON SUPREME COURT
C20-5382-BHS - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  The United States hopes to refer to docket entry 3 (the redacted version of the complaint) in
2  its briefing to the Washington Supreme Court. The United States also intends to refer to three
3  additional entries that have not been submitted to the Washington Supreme Court—docket entries
4  7, 11, and 21. The Washington Supreme Court has informed the United States that in order to make
5  these documents part of the record for the proceedings concerning the certified questions, it should
6  move this Court to direct the clerk for the Western District of Washington to submit them to the
7  Washington Supreme Court.

8  If this Court directs submission of these additional docket entries, the United States
9  believes it would be helpful to the Washington Supreme Court if the clerk of this Court were to
10 sequentially paginate the certified records it submits. Compiling the docket entries in a single,
11 sequentially paginated document would make it possible for the parties and the court to refer to the
12 record without repeatedly citing the case number and individual docket entries.

13 The United States thus requests that this Court direct the clerk to resubmit the record on
14 certification to the Washington Supreme Court as a single, sequentially paginated document
15 containing the following docket entries, which is the list of the docket entries previously submitted
16 and the new ones the government is asking the Court to transmit, substituting docket entry 3 for
17 docket entry 1: docket entries 3, 6, 7, 8, 9, 11, 20, 21, and 29.

18 //
19 //

UNITED STATES' UNOPPOSED MOTION TO RESUBMIT RECORDS
TO WASHINGTON SUPREME COURT
C20-5382-BHS - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    DATED this 12th day of December, 2022.

                Respectfully submitted,

                NICHOLAS W. BROWN
                United States Attorney

                *s/ Kristen R. Vogel*
                KRISTEN R. VOGEL, NYBA # 5195664
                Assistant United States Attorney
                Western District of Washington
                United States Attorney's Office
                700 Stewart Street, Suite 5220
                Seattle, Washington 98101-1271
                Phone: 206-553-7970
                Email: kristen.vogel@usdoj.gov

                Attorney for Defendant

UNITED STATES' UNOPPOSED MOTION TO RESUBMIT RECORDS
TO WASHINGTON SUPREME COURT
C20-5382-BHS - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

**IT IS HEREBY ORDERED** that the Clerk of the Court is directed to resubmit to the Washington Supreme Court certified copies of this order; a copy of the docket in this matter; and docket entries 3, 6, 7, 8, 9, 11, 20, 21, and 29, compiled with sequential pagination.

Dated this 13th day of December, 2022.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented By:

NICHOLAS W. BROWN
United States Attorney

*s/ Kristen R. Vogel*
KRISTEN R. VOGEL, NYBA # 5195664
Assistant United States Attorney
Western District of Washington
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Email: kristen.vogel@usdoj.gov

Attorney for Defendant

UNITED STATES' UNOPPOSED MOTION TO RESUBMIT RECORDS
TO WASHINGTON SUPREME COURT
C20-5382-BHS - 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970