The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BETTE BENNETT,<br><br>          Plaintiff,<br><br>     v.<br><br>UNITED STATES OF AMERICA,<br><br>          Defendant. | CASE NO.  3:20-cv-05382-BHS<br><br>STIPULATED MOTION AND ORDER TO MODIFY SCHEDULING ORDER<br><br>Noted for Consideration:<br>April 18, 2024 |

## JOINT STIPULATION

The parties hereby jointly STIPULATE AND AGREE to modify the scheduling order in the Court's January 24, 2024, Order Setting Bench Trial and Pretrial Dates (Dkt. 43), as set forth below.

| Deadline | Current Deadline | Proposed New Deadline |
|---|---|---|
| BENCH TRIAL SET FOR | 1/14/2025 at 9:00 a.m. | N/A |
| Disclosure of expert testimony under FRCP 26(a)(2) | 7/8/2024 | 8/8/2024 |
| Disclosure of rebuttal expert testimony under FRCP 26(a)(2) | 8/7/2024 | 9/9/2024 |

STIPULATED MOTION AND ORDER
TO MODIFY SCHEDULING ORDER
[Case No. 3:20-cv-05382-BHS] - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

| | | |
|---|---|---|
| All motions related to discovery must be filed by | 8/19/2024 | 9/16/2024 |
| Discovery completed by | 9/16/2024 | 9/30/2024 |
| All dispositive motions must be filed by | 10/16/2024 | N/A |
| Motions in limine must be filed pursuant to Local Rule CR 7(d)(4) by | 12/9/2024 | N/A |
| Agreed pretrial order filed with the Court by | 12/23/2024 | N/A |
| Pretrial conference will be held at 03:00 PM on | 12/30/24 | |
| Trial briefs, proposed findings and conclusions and deposition designations due by | 12/24/2024 | N/A |

A court may modify a schedule for good cause. Fed. R. Civ. P. 16(b)(4). Continuing pretrial and trial dates is within the discretion of the trial judge. *King v. State of California*, 784 F.2d 910, 912 (9th Cir. 1986). Good cause exists for extending the specific deadlines noted above. To date, the parties have engaged in written discovery, collected thousands of pages of medical records, and are in the process of scheduling Plaintiff's deposition. The parties have also agreed to consider the feasibility of mediation after Plaintiff's deposition and therefore agree that the expert disclosure deadlines and discovery cutoff deadline should be extended to account for this possibility. The parties agree that this schedule modification need not impact the current trial date.

For the reasons set forth above, the parties believe that there is good cause to modify the scheduling order and respectfully request that the Court grant their motion.

//

//

//

STIPULATED MOTION AND ORDER
TO MODIFY SCHEDULING ORDER
[Case No. 3:20-cv-05382-BHS] - 2

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

1 **SO STIPULATED.**

2   DATED this 18th day of April, 2024.

| | |
|---|---|
| 3  TESSA M. GORMAN<br>United States Attorney | BAILEY ONSAGER, P.C. |
| | |
| 5  *s/ Kristen R. Vogel*<br>KRISTEN R. VOGEL, NY No. 5195664 | *s/ Darrin E. Bailey*<br>DARRIN E. BAILEY, WSBA No. 34955<br>1109 First Avenue, Suite 501 |
| 6  *s/ Alixandria K. Morris*<br>ALIXANDRIA K. MORRIS, TX No. 24095373 | Seattle, WA 98101<br>Phone: (206) 667-8290 |
| 7  Assistant United States Attorneys<br>United States Attorney's Office | Fax: (206) 624-6885<br>Email: dbailey@baileyonsager.com |
| 8  Western District of Washington<br>700 Stewart Street, Suite 5220 | *Attorney for Plaintiffs* |
| 9  Seattle, Washington 98101-1271<br>Phone:  (206) 553-7970 | |
| 10  Fax:  (206) 553-4067<br>Email: kristen.vogel@usdoj.gov | |
| 11  Email: alixandria.morris@usdoj.gov | |

12  *Attorneys for United States of America*

13  I certify that this memorandum contains 290 words, in compliance with the Local Civil Rules.

STIPULATED MOTION AND ORDER
TO MODIFY SCHEDULING ORDER
[Case No. 3:20-cv-05382-BHS] - 3

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

# ORDER

It is hereby ORDERED that the parties' motion is GRANTED.

DATED this 19th day of April, 2024.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

STIPULATED MOTION AND ORDER
TO MODIFY SCHEDULING ORDER
[Case No. 3:20-cv-05382-BHS] - 4

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970